AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Thermo Credit, LLC <br> *Plaintiff* <br> v. <br> Unilava Corporation et al <br> *Defendant* | ) <br> ) <br> )  Civil Action No.  13-cv-5017 K(4) <br> ) <br> ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   Dec 19, 2013   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   Jan 21, 2014

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERMO CREDIT, LLC** <br> **Plaintiff** | * <br> * <br> * <br> * | **CIVIL ACTION** <br> **NO.: 2:13 cv 05017** <br> <br> **JUDGE DUVAL** |
| **VERSUS** | * <br> * | |
| **UNILAVA CORPORATION, TELAVA NETWORKS, INC., TELAVA MOBILE, INC., TELAVA ACQUISITIONS, INC., IBFA ACQUISITIONS, INC. AND TELAVA WIRELESS, INC.** | * <br> * <br> * <br> * <br> * <br> * | **MAGISTRATE ROBY** |
| **Defendants** | * | |

## JUDGMENT

Considering the Motion for Default Judgment and the Memorandum in Support as well as the Declarations, Exhibits, and Documents of Record submitted on behalf of Thermo Credit, LLC, Plaintiff:

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. The Plaintiff's Motion for Default Judgment against Defendants, Unilava Corporation, Telava Networks, Inc., Telava Mobile, Inc., Telava Acquisitions, Inc., IBFA Acquisitions, Company, LLC, doing business as IBFA Acquisitions, Inc., and Telava Wireless, Inc. be and hereby is granted.

2. Judgment is rendered against Defendants jointly, severally and *in solido* for the following damages:

   A. Principal Amount due: $ 1,628,260.84

1

B. Current Unpaid interest due:

| | | |
|---|---|---|
| November Unpaid Interest: | $ | 23,496.44 |
| December Unpaid Interest & Audit Fee: | $ | 26,499.36 |
| January Unpaid Interest: | $ | 24,279.65 |
| February Unpaid Interest: | $ | 21,930.01 |
| March Unpaid Interest: | $ | 24,279.65 |
| April Unpaid Interest: | $ | 23,496.43 |
| May Unpaid Interest: | $ | 24,279.65 |
| June Unpaid Interest: | $ | 23,496.43 |
| July Unpaid Interest: | $ | 24,279.65 |
| August Unpaid Interest: | $ | 24,279.65 |
| September Unpaid Interest | $ | 23,496.43 |

C. Future interest due until loan paid in full at a rate of $783.21 per day, and

D. Attorney's fees, expenses and court costs    $    12,932.41

4. The Plaintiff's first priority security rights in the Collateral listed in said agreements are hereby recognized.

New Orleans, Louisiana, this 19th day of December, 2013.

_____
JUDGE

2

CLERK'S OFFICE
A TRUE COPY

JAN 21 2014

Deputy Clerk, U. S. District Court
Eastern District of Louisiana
New Orleans, LA